# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| LEROY OLIVER RUDDOCK, | Civil No. 11-0002 (JRT/FLN) |
| Petitioner, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, | |
| Respondent. | |

---

Leroy Oliver Ruddock, C/O Arlene Ruddock-Terrelonge, 623 Berwick Boulevard, Waukegan, IL 60085, pro se petitioner.

Mary Madigan, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, Patricia Bruckner, **US DEPARTMENT OF JUSTICE**, Post Office Box 878, Ben Franklin Station, Washington, DC 20044, for respondent.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Franklin L. Noel dated October 7, 2011. Based upon the Report and Recommendation of the Magistrate Judge [Docket No. 22], and all of the files, records and proceedings herein, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Petitioner's Motion to Stay Pending Petition for Review [Docket No. 8] is **DENIED.**

Dated: October 31, 2011             s/ John R. Tunheim
at Minneapolis, Minnesota            JOHN R. TUNHEIM
                                               United States District Judge